```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  MATTHEW P. DE MOURA
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>TITUS ASHLEY,  )<br>  )<br>  Defendant.  )<br>  )<br>_____ ) | 2:10-mj-0019 GGH<br><br>Stipulation to Continue<br>Briefing Schedule<br>and Order<br><br>Date: March 10, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed between the United States and the defendant, Titus Ashley, by and through his undersigned counsel, to continue the briefing schedule as follows:

Parties' Briefs Due--------------March 17, 2010

///

///

///

///

///

///

///

///

1

The Government requests this continuance due to caseload and pending deadlines.

DATED: March 9, 2010                BENJAMIN B. WAGNER
                                    United States Attorney


                              By:   /s/ Jason Hitt for
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney


DATED: March 9, 2010                DANIEL J. BRODERICK
                                    Federal Defender


                              By:   /s/ Lauren Cusick
                                    LAUREN D. CUSICK
                                    Assistant Federal Defender
                                    Office of the Federal Defender
                                    Attorney for Defendant


O R D E R

IT IS SO ORDERED:

DATED: March 12, 2010

/s/ Gregory G. Hollows
United States Magistrate Judge


ashley0019.eot

2